IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

ELLIS TRICE                                                                                          PLAINTIFF

v.                                          Civil No. 11-2158

STATE OF ARKANSAS                                                                         DEFENDANT

## O R D E R

    Ellis Trice, a prisoner of the Arkansas Department of Correction, Delta Regional Unit, Dermott, Arkansas, submitted a petition for writ of habeas corpus under 28 U.S.C. section 2254 for filing in this district. Petitioner did not submit a filing fee or an application to proceed *in forma pauperis* in this matter.

    The Clerk of Court is **DIRECTED** to provisionally file the petition *nunc pro tunc* as of August 5, 2011. The Clerk is **FURTHER DIRECTED** to provide to Petitioner a blank application to proceed *in forma pauperis*.

    **IT IS HEREBY ORDERED** that Petitioner shall complete and return the application to proceed *in forma pauperis* or pay the filing fee for this action on or before **September 19, 2011**. Failure to return a completed application or to pay the filing fee will result in the dismissal of this matter.

    **FURTHERMORE**, Petitioner has named Pulaski County as the respondent in his petition. However, the petition concerns Petitioner's criminal conviction in the Crawford County Circuit Court. As Petitioner is challenging a state conviction and is held by the state of Arkansas in the Arkansas Department of Correction, **the Clerk is directed to substitute the State of Arkansas as the respondent in the case.**

    IT IS SO ORDERED this 22th day of August 2011.

/s/ J. Marschewski
HON. JAMES R. MARSCHEWSKI
CHIEF UNITED STATES MAGISTRATE JUDGE

US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

AUG 2 2 2011

CHRIS R. JOHNSON, Clerk
By
    Deputy Clerk